FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Juan Manuel Cardenas

**BANKRUPTCY NO.** 2:10–bk–64720–AA

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–0842
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 2/15/11

**JOINT DEBTOR INFORMATION:**
Litzajalla Cardenas

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1431
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 2/15/11

**Address:**
739 Saybrook Ave
Los Angeles, CA 90022

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and
(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: February 15, 2011

BY THE COURT,
**Alan M. Ahart**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**20 / SC**